UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PARDEEP KUMAR,<br><br>            Plaintiff,<br><br>vs.<br><br>PATRICK SCHILDT, VIOLET SCHILDT, KENNETH BIRD, in his individual and official capacity, and LAURA SOLLARS, in her individual and official capacity,<br><br>           Defendant. | Case No. CV-24-65-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Plaintiff's Complaint is Dismissed Without Prejudice.

    Dated this 17th day of December, 2024.



TYLER P. GILMAN, CLERK

By: /s/ Sara A. Jacobs
Sara A. Jacobs, Deputy Clerk